# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN G. WESTINE, Inmate #93555-012, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 99-730-JPG |
| ) | |
| WILLIAM HEDRICK, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action comes before the Court on Petitioner's Motion to Reopen the Case pursuant to Fed. R. Civ. P. 60(b) (Doc. 10), arguing that his 28 U.S.C. § 2241 action should be reopened and the judgment vacated. The action was dismissed on its merits and judgment was entered on February 7, 2000.

Petitioner is a frequent litigant and has made at least 11 attempts, in this Court, to challenge his money-laundering conviction in the Southern District of Ohio, and has initiated numerous other challenges to his conviction in districts throughout the country. *See Westine v. Hedrick*, Case No. 00-938-JPG (S. D. Illinois, filed December 11, 2000) (listing cases filed by Petitioner challenging his conviction). In 2002, both this Court (*see Westine v. United States*, Case No. 02-137-GPM (S.D. Illinois, filed February 22, 2002)) and the Seventh Circuit Court of Appeals (*see Westine v. United States*, Case Nos. 01-3780, 01-3793, 01-4106 (7th Cir., filed October 22, October 23, and November 29, 2001)) entered orders sanctioning Petitioner $1,000 and $5,000, respectively, and ordering that until the fines are paid, any papers submitted by Petitioner or on his behalf be returned to him

unfiled, with the exception of criminal cases and habeas corpus applications not collaterally attacking his conviction in the Southern District of Ohio.

The Court sees no indication that Petitioner has paid either sanction and this filing does not fall into the Courts' narrowly-defined exception. Therefore, this motion should not have been filed in this case.

**IT IS THEREFORE ORDERED** that the motion (Doc. 10) be **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall return the motion to Petitioner with a copy of this Order.

**IT IS SO ORDERED.**

**Dated:  July 25, 2005**

                                            **s/ J. Phil Gilbert**
                                            **U. S. District Judge**